UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 09-cr-140-08-JL

<u>Michael Chartier</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 106) filed by defendant is granted.  The following deadlines apply to all remaining defendants: Final Pretrial is rescheduled to Monday, May 24, 2010 at 11:00 AM; Trial is continued to the two-week period beginning Wednesday, June 2, 2010, 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  May 3, 2010


cc:   Counsel of Record
      U.S. Marshal
      U.S. Probation